Scott A. Burroughs (SBN 235718)
Doniger / Burroughs
603 Rise Avenue
Venice, California 90291
Tel: 310-590-1820

William T. McGrath
Davis McGrath LLC
125 S. Wacker Drive, Suite 1380
Chicago, Illinois 60606

JS-6

Attorneys for Plaintiffs

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO BROWNELL and JAVIER BASSINO,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON ENTERTAINMENT, WARNER BROS. ENTERTAINMENT, TWENTIETH CENTURY FOX FILM CORPORATION, PHOENIX PICTURES, HALF CIRCLE, LLC, MICHAEL MEDAVOY, PATRICIA RIGGEN, NEW LINE PRODUCTIONS, INC. d/b/a WATER TOWER MUSIC,<br><br>Defendants. | CASE NO. 2:18-cv-00187-JFW (SKx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1

**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Dismissal With Prejudice filed by Plaintiffs Alejandro Brownell and Javier Bassino ("Plaintiffs"), on the one hand, and Defendants Alcon Entertainment, LLC, Warner Bros. Entertainment Inc., Twentieth Century Fox Film Corporation, Phoenix Pictures, Inc., Half Circle LLC, Michael Medavoy, Patricia Riggen, and New Line Productions, Inc. ("Defendants"), on the other hand, it is hereby ORDERED that:

1. All of Plaintiffs' claims against Defendants in the above-captioned action are dismissed in their entirety with prejudice; and
2. All parties shall bear their own attorneys' fees and costs.

Dated: March 20, 2018

_____
THE HONORABLE JOHN F. WALTER
Judge of the United States District Court
for the Central District of California